# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUL 28 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUMMONS IN A CRIMINAL CASE |
| vs. | CASE NO. 1:20-CR-284 |
| BAMIDELE MURAINA | |
| REG.# 73257-019 | |

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: | U.S. Courthouse<br>Richard B. Russell Building<br>**Room 2022**<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303-3309 |
| BEFORE: | Honorable Russell G. Vineyard<br>United States Magistrate Judge |
| DATE AND TIME: | **August 5, 2020**<br>**10:30 a.m.** |

To answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section(s) 1956(h).**

Brief description of the offense: Money Laundering Conspiracy.

| | |
|---|---|
| AUSA: | Nathan Kitchens |
| Counsel for Defendant: | Jessica Stern |

July 28, 2020

JAMES N. HATTEN
CLERK OF COURT

By: _C. Micah_____
Deputy Clerk